No. 10-11278. Norman Garcia, Petitioner v. Fred Figueroa, Warden, et al.

565 U.S. 876, 132 S. Ct. 238, 181 L. Ed. 2d 135, 2011 U.S. LEXIS 6979.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 401 Fed. Appx. 369.

No. 10-11282. Juan Aparicio-Lopez, Petitioner v. United States.

565 U.S. 876, 132 S. Ct. 238, 181 L. Ed. 2d 135, 2011 U.S. LEXIS 6652.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 425 Fed. Appx. 655.

No. 10-11283. Raymond Tibbetts, Petitioner v. David Bobby, Warden.

565 U.S. 876, 132 S. Ct. 238, 181 L. Ed. 2d 135, 2011 U.S. LEXIS 6644.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 633 F.3d 436.

No. 10-11284. Encarnacion Aguilar, Petitioner v. Dwight Neven, Warden, et al.

565 U.S. 877, 132 S. Ct. 238, 181 L. Ed. 2d 135, 2011 U.S. LEXIS 7000.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 424 Fed. Appx. 620.

No. 10-11285. Erik VanZant, Petitioner v. Michael Wenerowicz, Superintendent, State Correctional Institution at Graterford, et al.

565 U.S. 877, 132 S. Ct. 238, 181 L. Ed. 2d 135, 2011 U.S. LEXIS 6496.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-11286. Jody Charles Thomas, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 877, 132 S. Ct. 239, 181 L. Ed. 2d 135, 2011 U.S. LEXIS 6570.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 469.

No. 10-11289. Somsak Saeku, Petitioner v. United States.

565 U.S. 877, 132 S. Ct. 239, 181 L. Ed. 2d 135, 2011 U.S. LEXIS 6668.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 436 Fed. Appx. 154.